UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>ROBERT DION SAVOY, *et al.*, )<br>Defendants. )<br>_____ ) | Criminal Case No. 10-310 (RCL)<br><br>**FILED**<br>AUG 1 0 2012<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia |

**ORDER**

Since the government has no proposed redactions to the Court's sealed August 3, 2012 Memorandum and Order [186], it is hereby

ORDERED that the Court's August 3, 2012 Memorandum and Order [186] be unsealed.

SO ORDERED.

_8/10/12_            _Royce C. Lamberth_
Date                 Royce C. Lamberth, Chief Judge

1